## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:20-cv-00228-WCM

| | | |
|---|---|---|
| MICHAEL ANDREW BIRCHFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ANDREW M. SAUL | ) | |
| *Commissioner of Social* | ) | |
| *Security Administration,* | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————— | ) | |

This matter is before the Court on Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) Federal Rules of Civil Procedure (the "Motion to Dismiss," Doc. 16), by which Plaintiff moves that this matter be dismissed with prejudice. Plaintiff represents that Defendant does not object.

For the reasons stated in the Motion to Dismiss, the Motion to Dismiss (Doc. 16) is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**.

It is so ordered.

Signed: June 29, 2021

W. Carleton Metcalf
United States Magistrate Judge

1